DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Brown<br><br>Case below:<br>176 N.C. App. 72 | No. 147P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-136) | Denied<br>(06/29/06) |
| State v. Brown<br><br>Case below:<br>176 N.C. App. 408 | No. 192P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-17)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A -31 | 1. ——<br><br><br>2. Allowed<br>(06/29/06)<br><br>3. Denied<br>(06/29/06) |
| State v. Bryant<br><br>Case below:<br>176 N.C. App. 190 | No. 117A06 | 1. AG's NOA (Dissent) (COA05-514)<br><br>2. AG's Motion for Temporary Stay<br><br><br><br>3. AG's Petition for Writ of Supersedeas<br><br><br><br>4. Defendant-Appellants' PDR | 1. ——<br><br>2. Allowed<br>03/13/06<br>360 N.C. 485<br><br>3. Allowed<br>03/13/06<br>360 N.C. 485<br><br>4. Denied<br>(06/29/06) |
| State v. Bullock<br><br>Case below:<br>176 N.C. App. 190 | No. 142P06 | Def's Motion for PDR (COA05-470) | Denied<br>(06/29/06) |
| State v. Bullock<br><br>Case below:<br>177 N.C. App. 462 | No. 308P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-859)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>Ex Mero Motu<br>(06/29/06)<br><br>2. Denied<br>(06/29/06) |
| State v. Cao<br><br>Case below:<br>175 N.C. App. 434 | No. 087P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-191)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>(06/29/06)<br><br>3. Denied<br>(06/29/06) |